463 A.2d 27

Commonwealth ex rel., Kondrla, Appellant v. Kondrla.

Submitted January 12, 1983. Daniel Lee Webster, Assistant Public Defender, for Kondrla, appellant; James N. Fitzsimmons, Jr., for appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

Order affirmed.